Argued and submitted December 13, 1999, affirmed April 5, 2000

In the Matter of Matthew Darby,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

MATTHEW DARBY,
*Appellant.*

(9810 70254; CA A104070)

998 P2d 774

Thomas A. Coleman argued the cause and filed the brief for appellant.

Jas. Jeffrey Adams, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

Affirmed. *State v. Waters*, 165 Or App 645, 997 P2d 279 (2000).